2:22-cv-00479-RAH-SMD

Complaint

(1) P.O. Box 1644, Montgomery, Alabama 36102-1644
Telephone # (334) 781-3128 - Stolen

(2) Act Subway Inc.

(3) RSA Union Building
100 North Union Street
Montgomery, Alabama 36104

(4) Date of Incident 7-5-2022

(5) Federal Witness Tampering Subway owner operator - Mike Campbell, 1 count. Mr Campbell stated that I was not appropriately dressed as did Mr Thomas on the date listed above. My meal as always had been paid for by myself. When the two approached me at my table and Thomas mentioned having me removed again by the City of Montgomery, Alabama Police Department. This after the week prior to 7-1-2022 an unarmed black male like myself was shot 60 times by 8 police officers while 4 others watched in another part of

(1 of 3)

5) continued

United States of America Conspiracy to commit "Death by Cop" or "Murder by Cop". There was nothing wrong with the way I was dressed. I was and still am a robbery victim. There were heat alerts and warnings people were urged to stay out of the heat. I have been living homeless in Montgomery, AL. since August of 2011. Violation of federal Hate crimes statutes I am a Black Male and also I am homeless in Montgomery, Alabama. 42 USC violation where it pertains to equal access to public accomodations such as restaurants and restrooms. Retaliation for having filed one or more prior federal lawsuits against the Retirement Systems of Alabama and Subway at this location and Subway Inc. and Defamation. Violation of the Civil Rights Act of 1964 as it pertains to Race (I am a black person) and gender (I am a Male).

(2 of 3)

6) Compensatory damages for Retaliation + Defamation = A $250 million. Punitive damages, federal witness tampering damages, and damages for Civil Rights violations mentioned in (5). Damages for conspiring to commit "Death by Cop" or "Murder by Cop."

Peter R. Smith
Signature
Date: 8-11-2022
Phone: (334) 781-3128 - Stolen

(3 of 3)